UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                 Case No. 08-CR-20601
                                 HON. GEORGE CARAM STEEH

PAUL HOGAN (D-18),

    Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION FOR
GOVERNMENT AGENTS TO RETAIN ROUGH NOTES [DOC. 180]

    Defendant Paul Hogan filed this motion for government agents to retain and preserve all rough notes taken as part of their investigation notwithstanding the fact that the contents of said notes are now or may later be incorporated in official records or reports. The stated purpose of defendant's motion is to place the government on notice that any destruction of their rough notes cannot be in good faith as of the time of the filing of the motion. The government has not filed a response to defendant's motion. Now, therefore,

    IT IS HEREBY ORDERED that defendant's motion for retention of rough notes is GRANTED.

Dated: September 17, 2009

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 17, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk